UNITED STATES of America,
Plaintiff-Appellee,

v.

Daniel Adolph RODRIGUEZ,
Defendant-Appellant.

No. 16-1384

United States Court of Appeals,
Tenth Circuit.

Filed March 28, 2017

Paul Farley, Office of the United States Attorney, District of Colorado, Denver, CO, for Plaintiff-Appellee

Meredith B. Esser, Office of the Federal Public Defender, Districts of Colorado and Wyoming, Denver, CO, for Defendant-Appellant

Before MATHESON, BACHARACH, and PHILLIPS, Circuit Judges.

### ORDER AND JUDGMENT *

Per Curiam

This matter comes on for consideration of the government's Fed. R. App. P. 28(j) letter in which the government informs the court of the Supreme Court decision in *Beckles v. United States*, —— U.S. ——, 137 S.Ct. 886, 197 L.Ed.2d 145 (2017), and the defendant's "Statement Re: *Beckles*," in which the defendant states that he "agrees with the Government that *Beckles* forecloses relief in this case."

---

\* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It

Upon consideration thereof, the judgment of the district court is AFFIRMED.

The mandate shall issue forthwith.

may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.